**Catherine Quinola PALPAL–LATOC, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–72520

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

August 01, 2016

Lourdes Santos Tancinco, Tancinco Law Offices, San Francisco, CA, for Petitioner.

Elizabeth K. Fitzgerald–Sambou, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, San Francisco, CA, for Respondent.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Catherine Quinola Palpal–Latoc, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her applications for adjustment of status and a waiver under 8 U.S.C. § 1182(i). We dismiss the petition for review.

We lack jurisdiction to consider Palpal–Latoc's contention that her due process rights were violated by the IJ's bias, because Palpal–Latoc did not raise this contention in her brief to the BIA. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court lacks jurisdiction to consider legal claims not presented in an alien's administrative proceedings before the agency).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.